Decided January 25, 2012

CARLOS ASHE *v.* COMMISSIONER OF CORRECTION

The petitioner Carlos Ashe's petition for certification for appeal from the Appellate Court (AC 32990) is denied.

*Robert J. Sullivan, Jr.,* assigned counsel, in support of the petition.

*Robert J. Scheinblum,* senior assistant state's attorney, in opposition.

Decided January 25, 2012

SYLVESTER TRAYLOR *v.* BASSAM AWWA ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 33038) is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Sylvester Traylor,* pro se, in support of the petition.

*John B. Farley,* in opposition.

Decided January 25, 2012